

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00034-CV

SUPERFORMANCE, INC. D/B/A MOTORSPORT RANCH, Appellant

V.

ELITE ASPHALT LLC, Appellee

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2022180

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, Superformance, Inc. d/b/a MotorSport Ranch, has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Jeff Rambin
Justice

Date Submitted:     September 16, 2025
Date Decided:       September 17, 2025

---

[1]This appeal was transferred to this Court from the Second Court of Appeals pursuant to a Texas Supreme Court docket equalization order.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).